IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-25-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| ERIK SANDOVAL-RODRIGUEZ, | |
| Defendant. | |

For the reason that Defendant, Erik Sandoval-Rodriguez won't arrive in Montana until after his currently scheduled sentencing hearing,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Wednesday, September 17, 2025 at 1:30 p.m., is **VACATED** and reset to commence on **Wednesday, October 8, 2025 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

**IT IS FURTHER ORDERED** that,

1.    The United States Probation Office shall conduct a presentence investigation and prepare a presentence report.   Fed. R. Crim. P. 32(c), (d); 18 U.S.C. § 3552(a).

2.    The probation officer shall disclose the completed report, except for

recommendations of the probation officer as follows: **two copies** to counsel for Defendant, and **one copy** to counsel for the government on or before **August 22, 2025.**   The probation officer shall not disclose any recommendation made or to be made to the Court.

3.    If restitution is mandatory, the probation officer shall discuss a payment plan with Defendant and shall make recommendations to the Court concerning interest and a payment schedule.

4.    Counsel shall attempt in good faith to resolve disputes over any material in the presentence report.   Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before **September 5, 2025.** U.S.S.G. § 6A1.2.

5.    The presentence report, in final form, including any unresolved objections, shall be delivered to the Court and the parties on or before **September 17, 2025.**

6.    Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **September 24, 2025.** Absent good cause shown, sentencing memoranda and supporting documents filed after September 24, 2025 will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions

against counsel.

7.     Responses to sentencing memoranda shall be filed on or before

**October 1, 2025**.   **A party is not permitted to file a response unless the party has filed an opening sentencing memorandum.**

8.     Reply briefs will not be accepted for filing in sentencing matters.

9.     The Court will resolve objections included in the Addendum to the presentence report at the sentencing hearing in accordance with U.S.S.G. § 6A1.3.

10.     All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this ___8th___ day of August, 2025.

SUSAN P. WATTERS
United States District Judge

3